# NO. 12-23-00219-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SAM CARLTON,*<br>*APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *MCMURREY FEDERAL CREDIT*<br>*UNION, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Sam Carlton and Appellee McMurrey Federal Credit Union filed a joint motion to vacate default judgment, remand for further proceedings, and expedite mandate. The parties explain their desire to "avoid the effort, expense, and delay of an appeal" and state their agreement that the default judgment against Carlton should be vacated. We ***grant*** the motion, ***set aside*** the trial court's default judgment without regard to the merits, and ***remand*** the case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B) (in accordance with parties' agreement, appellate court may set aside judgment without regard to merits and remand the case to trial court). All costs are taxed against the party incurring same. In accordance with the parties' agreement, we direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c) (mandate may be issued early if parties so agree, or for good cause on a party's motion.

Opinion September 13, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 13, 2023**

**NO. 12-23-00219-CV**

**SAM CARLTON,**
Appellant
V.
**MCMURREY FEDERAL CREDIT UNION,**
Appellee

---

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 22-2338-A)

---

THIS CAUSE came on to be heard on the joint motion of the Appellant and Appellee to vacate the default judgment, remand for further proceedings, and expedite mandate herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the trial court's judgment **be set aside**, the case be **remanded** to the trial court for further proceedings, and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same. Our mandate shall issue immediately.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*